# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLA MASSIE,<br><br>                    Plaintiff,<br><br>vs.<br><br>APRIA, INC., JOHN G. FIGUEROA, MICHAEL AUDET, JOHN R. MURPHY, NORMAN C. PAYSON, DEVON RINKER, NEIL P. SIMPKINS, LYNN SHAPIRO SNYDER, DANIEL J. STARCK, MIKE S. ZAFIROVSKI, TERRI KLINE, and SUSANNAH GRAY,<br><br>                    Defendants. | Case No.: 1:22-cv-01175-JPO<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Marla Massie ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 9, 2022                                    **BRODSKY & SMITH**

                                                    By:  */s/ Evan J. Smith*
                                                            Evan J. Smith
                                                            240 Mineola Boulevard
                                                            Mineola, NY  11501
                                                            Phone:  (516) 741-4977
                                                            Facsimile (561) 741-0626

                                                            *Attorneys for Plaintiff*